B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SSI SYSTEMS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4579429** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**11612 Knott Street #1**<br>**Garden Grove, CA**                ZIP Code **92841-1822** | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 393**<br>**Westminster, CA**                ZIP Code **92684** | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SSI SYSTEMS, INC.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                        Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**SSI SYSTEMS, INC.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert M. Aronson**
Signature of Attorney for Debtor(s)

**Robert M. Aronson 81487**
Printed Name of Attorney for Debtor(s)

**Law Office of Robert M. Aronson**
Firm Name

**444 S. Flower Street**
**Suite 1700**
**Los Angeles, CA 90071**

Address

**Email: robert@aronsonlawgroup.com**
**(213) 688-8945  Fax: (213) 688-8948**
Telephone Number

**September  1, 2011            81487**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Randy Walker**
Signature of Authorized Individual

**Randy Walker**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September  1, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

RESOLUTION OF THE BOARD OF DIRECTORS
OF
SSI SYSTEMS, INC.

The Board of Directors (the "Board") of SSI Systems, Inc. ("SSI") has determined and resolved that, in the judgment of the Board and in light of the exigent circumstances facing SSI, it is in the best interest of SSI that a reorganization and liquidation of SSI's operations and assets promptly be implemented, including the filing of a voluntary petition commencing a case under chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case") on behalf of SSI, with such petition to be filed in or about June, 2011 or soon thereafter as practicable; therefore,

IT IS RESOLVED that Randy Walker, the current President of SSI be and hereby is appointed as SSI's President and, in that capacity, hereby is vested with all of the powers, rights, authority and responsibility to take any and all actions necessary for SSI to implement and carry out each of the resolutions contained herein; and

IT IS FURTHER RESOLVED that filing a voluntary chapter 11 petition on behalf of SSI is approved and adopted in all respects and that Randy Walker, in his capacity as President of SSI, be, and hereby is, authorized and directed, on behalf of SSI and in the name of SSI, to execute and verify a chapter 11 petition and to cause the same to be filed with the United States Bankruptcy Court for the Central District of California, or in such other jurisdiction or court as said officer may deem necessary or appropriate; and

IT IS FURTHER RESOLVED that Randy Walker, in his capacity as President of SSI be, and hereby is, authorized to execute and file all petitions, schedules, statement of affairs, lists and other papers and to take any and all actions which any of them may deem necessary or appropriate in connection with the Chapter 11 Case and to retain and employ all assistance by legal counselor or otherwise which she may deem necessary; and

IT IS FURTHER RESOLVED that the Law Offices of Steven P. Chang and the Law Office of Robert M. Aronson be retained as attorney for SSI in connection with the filing and maintenance of the Chapter 11 Case.


Dated: June  , 2011

_Randy Walker_
Randy Walker
President of SSI Systems, Inc.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **SSI SYSTEMS, INC.**                          Case No. _____

                                  Debtor(s)            Chapter     **11**       _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CableMasters<br>2271 W. 205th Street, Suite 103<br>Torrance, CA 90501 | CableMasters<br>2271 W. 205th Street, Suite 103<br>Torrance, CA 90501 | | | 67,383.28 |
| Champion Electric<br>3950 Garner Road<br>Riverside, CA 92501 | Champion Electric<br>3950 Garner Road<br>Riverside, CA 92501 | Subcontractor services | | 768,924.13 |
| Collicutt Energy Services, Inc.<br>940 Riverside Parkway #80<br>West Sacramento, CA 95605 | Collicutt Energy Services, Inc.<br>940 Riverside Parkway #80<br>West Sacramento, CA 95605 | Enegry service and rental provider | | 65,961.52 |
| Essco - Dr. Augustine Ramirez Intermediate<br>175 E. Corporate Place<br>Chandler, AZ 85225-1002 | Essco - Dr. Augustine Ramirez Intermediate<br>175 E. Corporate Place<br>Chandler, AZ 85225-1002 | | | 691,476.58 |
| Essco - PA-40 Middle School<br>175 E. Corporate Place<br>Chandler, AZ 85225-1002 | Essco - PA-40 Middle School<br>175 E. Corporate Place<br>Chandler, AZ 85225-1002 | | | 74,033.99 |
| Gexpro - Rio Hondo Admin of Justice<br>2099 S. State College Blvd.<br>Suite 210<br>Anaheim, CA 92806 | Gexpro - Rio Hondo Admin of Justice<br>2099 S. State College Blvd.<br>Suite 210<br>Anaheim, CA 92806 | | | 160,571.41 |
| IRS<br>Small Business/Self-Employed Div<br>10 Broad Street<br>Utica, NY 13501 | IRS<br>Small Business/Self-Employed Div<br>10 Broad Street<br>Utica, NY 13501 | Taxes due | Contingent Unliquidated Disputed | 61,424.40 |
| Liberty Mutual<br>P.O. Box 34670<br>Seattle, WA 98124 | Liberty Mutual<br>P.O. Box 34670<br>Seattle, WA 98124 | Indemnity claim CableMasters | | 67,383.28 |
| Liberty Mutual<br>P.O. Box 34670<br>Seattle, WA 98124 | Liberty Mutual<br>P.O. Box 34670<br>Seattle, WA 98124 | Indemnity claim Gexpro | | 160,571.41 |

9/01/11 4:45PM

B4 (Official Form 4) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**    Case No.
_____    _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Main Electric Supply Co.**<br>**2691 Richter Avenue, Suite 119**<br>**Irvine, CA 92606** | **Main Electric Supply Co.**<br>**2691 Richter Avenue, Suite 119**<br>**Irvine, CA 92606** | **Supplier of electrical material** | | **608,153.39** |
| **MB Herzog Electric, Inc.**<br>**15709 Illinois Avenue**<br>**Paramount, CA 90723** | **MB Herzog Electric, Inc.**<br>**15709 Illinois Avenue**<br>**Paramount, CA 90723** | **Subcontractor electrical labor** | | **97,233.27** |
| **Mirko Bob Florin**<br>**14841 Jefferson Street**<br>**Midway City, CA 92655** | **Mirko Bob Florin**<br>**14841 Jefferson Street**<br>**Midway City, CA 92655** | **Loan to SSI Systems, Inc.** | | **200,000.00** |
| **PDQ Rentals**<br>**10826 Shoemaker**<br>**Santa Fe Springs, CA 90670** | **PDQ Rentals**<br>**10826 Shoemaker**<br>**Santa Fe Springs, CA 90670** | **Equipment and tool rental**<br>**Dr. Augustine Ramirez Intermediate PA-40 Intermediate school** | | **61,810.60** |
| **Peter Robert Florin**<br>**12601 Fletcher Drive**<br>**Garden Grove, CA 92840** | **Peter Robert Florin**<br>**12601 Fletcher Drive**<br>**Garden Grove, CA 92840** | **Loan** | | **57,000.00** |
| **Randal Alan Walker**<br>**979 Post Road**<br>**Costa Mesa, CA 92626** | **Randal Alan Walker**<br>**979 Post Road**<br>**Costa Mesa, CA 92626** | **Loan** | | **128,000.00** |
| **RM Systems, Inc.**<br>**330 E. Orangethrope Avenue Suite F**<br>**Placentia, CA 92870** | **RM Systems, Inc.**<br>**330 E. Orangethrope Avenue Suite F**<br>**Placentia, CA 92870** | **Claim for damages** | | **108,004.43** |
| **South County Bank**<br>**2 Venture, Suite 120**<br>**Irvine, CA 92618** | **South County Bank**<br>**2 Venture, Suite 120**<br>**Irvine, CA 92618** | | | **736,277.43** |
| **South County Bank**<br>**2 Venture, Suite 120**<br>**Irvine, CA 92618** | **South County Bank**<br>**2 Venture, Suite 120**<br>**Irvine, CA 92618** | | | **209,629.76** |
| **Wells Fargo**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054-0349** | **Wells Fargo**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054-0349** | **Randy**<br>**Credit card** | | **92,770.71** |
| **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228** | **Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228** | **Banking services** | | **70,646.39** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **SSI SYSTEMS, INC.**                                    Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **September  1, 2011**                    Signature    **/s/ Randy Walker**
                                                            **Randy Walker**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **SSI SYSTEMS, INC.**                                                    ,    Case No. _____

                                             Debtor    Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**September  1, 2011**_____    Signature _**/s/ Randy Walker**_____
                                                              **Randy Walker**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___  continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**


I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Dated    **September 1, 2011**

**/s/ Randy Walker**
**Randy Walker**
*Debtor*


*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Central District of California

In re    **SSI SYSTEMS, INC.**                                                                        ,    Case No. _____

                                                          Debtor

                                                                                                       Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 12 | 4,120,946.98 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 945,907.19 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 80,753.79 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 4,875,083.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| | Total Assets | | 4,120,946.98 | | |
| | | Total Liabilities | | 5,901,744.06 | |

**Form 6 - Statistical Summary (12/07)**

.

# United States Bankruptcy Court
## Central District of California

In re    **SSI SYSTEMS, INC.**                                              ,    Case No. _____

Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **SSI SYSTEMS, INC.**                                          ,    Case No. _____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **SSI SYSTEMS, INC.**                                           ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account 034 0078721and 034 0079337. Union Bank 16142 Beach Blvd. Huntington Beach, CA 92647** | - | 7,000.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **7,000.00**
(Total of this page)

___11___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **SSI SYSTEMS, INC.**                                                     ,      Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Corona-Norco Unified School District (for Augustine Ramirez Intermediate School) | - | 2,138,517.90 |
| | | Irvine Unified School District (for PA-40 Middle School) | - | 1,501,666.30 |
| | | J.D. Diffenbaugh, Inc. (for Rio Hondo Community College District) | - | 398,185.90 |
| | | SMC Construction | - | 41,276.88 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      **4,079,646.98**
(Total of this page)

Sheet   _1_  of  _11_  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                      ,    Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against RS Bonding & Insurance Agency Inc., Liberty Mutual, and First National Insurance for, among other things, interference with contract** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Chevy G3500** | - | **2,000.00** |
| | | **2000 Chevy C3500** | - | **2,000.00** |
| | | **2000 Dodge Ram 1500** | - | **2,000.00** |
| | | **(2) 2005 Chrysler 300C** | - | **18,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **(2) Desktop computers** | - | **800.00** |
| | | **(2) Laptop computers** | - | **800.00** |
| | | **HP Designjet 500 Plotter** | - | **100.00** |
| | | **Brother HL-2170W printer** | - | **25.00** |
| | | **Xerox DocuMate 510 scanner** | - | **30.00** |

Sub-Total >     **25,755.00**
(Total of this page)

Sheet \_\_**2**\_\_ of \_\_**11**\_\_ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                           ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Minolta Bizhub Di2010f copier | - | 500.00 |
| | | Estimating table | - | 25.00 |
| | | Conference table | - | 20.00 |
| | | (5) Desks | - | 100.00 |
| | | (5) Office chairs | - | 100.00 |
| | | (2) Lobby chairs | - | 40.00 |
| | | Coffee table | - | 10.00 |
| | | Refridgerator | - | 25.00 |
| | | Microwave | - | 25.00 |
| | | (10) File cabinets | - | 250.00 |
| | | Bookcases | - | 50.00 |
| | | (8) Phones | - | 100.00 |
| | | Fireproof safe | - | 100.00 |
| | | Miscellaneous general office supplies | - | 200.00 |

Sub-Total >        **1,545.00**
(Total of this page)

Sheet __3__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                               ,      Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **30' 1/2" Rigid**<br>**10' 4" Rigid**<br>**50' 2" Rigid**<br>**10' 1 1/4" Rigid**<br>**80' 1/2" PVC**<br>**10' 2"PVC**<br>**10' 2 1/2" PVC**<br>**20' 1 1/4" PVC**<br>**3 2" x 24" 90 degree**<br>**3 2" x 36" 90 d g.ree**<br>**1 4" x 48" 90 degree**<br>**3 3" 90 degree**<br>**1 3" x 48" 90 degree**<br>**10' 5/8" all thread**<br>**20' 1/2" all thread**<br>**20' 1/4" all thread**<br>**2 2 1/2" 45 degree EMT**<br>**4 2 1/2" 22 degree Rigid**<br>**4 1 1/4" 90 degree EMT**<br>**10 1 1/2" 22 degree EMT**<br>**8 1/2" Close Nipples**<br>**4 3/4" Close Nipples**<br>**2 1" close nipples**<br>**4 1 1/4" Close Nipples**<br>**2 2" Close Nipples**<br>**1 2 1/2" Close Nipples**<br>**2 3" Close Nipples**<br>**1 4" Close Nipples**<br>**8 1/2" GRC**<br>**2 3/4" GRC**<br>**2 1" GRC**<br>**6 1 1/2" GRC**<br>**2 3"GRC**<br>**2 4.,GRC** | **-** | **0.00** |

                                                      Sub-Total >        **0.00**
                                           (Total of this page)

Sheet   __4__   of   __11__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                            ,       Case No. _____

                                 Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 20' 1" Seal Tight | - | 0.00 |
| | | 20' 1" Blue Flex | | |
| | | 75' 1" Steel Flex | | |
| | | 25' 1/2" Steel Flex | | |
| | | 15' 2" Steel Flex | | |
| | | 20' 1 1/2" Steel Flex | | |
| | | 500' OSP | | |
| | | 200' RG59 | | |
| | | 500' Cat6 | | |
| | | 200' Security Wire | | |
| | | 150' F/A wire 14 AWG | | |
| | | 300' THW-2 Black | | |
| | | 1000' #12 Black Solid | | |
| | | 500' #12 Red Solid | | |
| | | 1000' #12 Blue Solid | | |
| | | 75' #12 Green Solid | | |
| | | 500' #12 Brown Solid | | |
| | | 1000' #12 Yellow Solid | | |
| | | 300' #12 Pink Solid | | |
| | | 500' #12 Gray Solid | | |
| | | 500' #10 Blue | | |
| | | 100' #10 Red | | |
| | | 200' #10 Orange | | |
| | | 100' #10 Pink | | |
| | | 100' #8 Brown | | |
| | | 100' #8 Orange | | |
| | | 150' #8 Yellow | | |
| | | 100' #8 White | | |
| | | 200' #8 Black | | |
| | | 10 2" Male Adapter PVC | | |
| | | 5  2 1/2" Male Adapter PVC | | |
| | | 2 3" Male Adapter PVC | | |
| | | 2 4" Male Adapter PVC | | |
| | | 5  2 1/2'' 90 degree PVC | | |

                                             Sub-Total >       **0.00**
                                         (Total of this page)

Sheet __5__ of __11__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 20  1/2" Female Adapter PVC | - | 0.00 |
| | | 20  3/411   Female Adapter PVC | | |
| | | 20  1" Female Adapter PVC | | |
| | | 10  1 1/4" Female Adapter PVC | | |
| | | 5  2" Female Adapter PVC | | |
| | | 2  3" Female Adapter PVC | | |
| | | 5  1 1/2" Couplings PVC | | |
| | | 10  2" Couplings PVC | | |
| | | 10  1/2" Spring Nuts | | |
| | | 3  2" Ground Bushing | | |
| | | 3  1 1/4" Ground Bushing | | |
| | | 3  1" Ground Bushing | | |
| | | 5  3/4" Ground Bushing | | |
| | | 5  1/2" Ground Bushing | | |
| | | 3  3" Ground Bushing | | |
| | | 2  4" Ground Bushing | | |
| | | 10  4" Lock Nuts | | |
| | | 10  311  Lock Nuts | | |
| | | 20  1 1/4" Lock Nuts | | |
| | | 15  2" Lock Nuts | | |
| | | 25  1/2" Lock Nuts | | |
| | | 10  1 1/2" Lock Nuts | | |
| | | 10  111  Lock Nuts | | |
| | | 10  2 1/2" Plastic Bushings | | |
| | | 10  4" Plastic Bushings | | |
| | | 25  1 11211  Plastic Bushings | | |
| | | 25  1" Plastic Bushings | | |
| | | 3  3" Plastic Bushings | | |
| | | 30  111   Rigid Strut Straps | | |
| | | 15  1" EMT Strut Straps | | |
| | | 40  1 1/2" EMT Strut Straps | | |
| | | 10  1 1/2" Rigid Strut Straps | | |
| | | 50  1" EMT Strut Straps | | |
| | | 45  2" Rigid Strut Straps | | |

Sub-Total >                 0.00
(Total of this page)

Sheet __6__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **SSI SYSTEMS, INC.**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 100  1/2" EMT Strut Straps | - | 0.00 |
| | | 10  2" 2 hole straps | | |
| | | 5  4" 2 hole straps | | |
| | | 5  311  2 hole straps | | |
| | | 10  1 1/411   Rigid 2 hole £traps | | |
| | | 15  3/4" 2 hole straps | | |
| | | 8  2" Rigid 1 hole strap | | |
| | | 10  1 1/4" 1 hole strap | | |
| | | 8 2" Rigid 1 hole strap | | |
| | | 10  1 1/4" EMT 1 hole strap | | |
| | | 75  1" EMT 1 hole strap | | |
| | | 10  1" Rigid 1 hole strap | | |
| | | 50  1/211  EMT Hangar | | |
| | | 50  1" EMT Hanger | | |
| | | 25 1 1/4" Hanger | | |
| | | 20  1 1/211   Hanger | | |
| | | 15  1 1/2" Rigid Hanger | | |
| | | 10  2" EMT Hanger | | |
| | | 15  2 1/2'' EMT Hanger | | |
| | | 15  3" Rigid Strut Straps | | |
| | | 5  3 1/2" Rigid Strut Straps | | |
| | | 4  411  Rigid Strut Straps | | |
| | | 15  1 1/2" EMT set screw coupling | | |
| | | 15  1 1/2" EMT compression connector | | |
| | | 5  1 1/211 EMT compression coupling | | |
| | | 25  1 1/4" EMT compression coupling | | |
| | | 12  2 1/2" EMT set screw coupling | | |
| | | 25  2 1/2" EMT set screw connector | | |
| | | 10  3" EMT set screw coupling | | |
| | | 5  4" EMT set screw coupling | | |
| | | 3  3 1/2" set screw coupling | | |
| | | 2  3" LB | | |
| | | 1  3" LR | | |
| | | 4  314" Myers Hub | | |

Sub-Total >                     0.00
(Total of this page)

Sheet __7__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 30 1/2" KO Seal | - | 0.00 |
| | | 30 3/4'o KO Seal | | |
| | | 25 1-· KO Seal | | |
| | | 5 2" KO Seal | | |
| | | 10 1oo Chase Nipple | | |
| | | 5 1 1/4" Chase Nipple | | |
| | | 5 2.. Chase Nip_Qie | | |
| | | 5 2 1/2" Chase Nipple | | |
| | | 4 3" Chase Nipple | | |
| | | 2 3 1/2" Chase Nipple | | |
| | | 5 1" LB | | |
| | | 5 3/4" LB | | |
| | | 4 1/2'' LB | | |
| | | 5 3/4" T | | |
| | | 4 1" T | | |
| | | 5 1/2" T | | |
| | | 1 4'' Seal tight connector | | |
| | | 1 3" Seal tight connector | | |
| | | 4 2" Seal Tight connector | | |
| | | 5 1" Seal Tight 90 dE!g_ree Connector | | |
| | | 50 1" EMT set screw connector | | |
| | | 10 1" Flex 90 degree connector | | |
| | | 20 3/4" Flex 90 d g_ree connector | | |
| | | 10 1/2" flex 90 deg_ree connector | | |
| | | 10 1" Flex coupling | | |
| | | 25 | | |
| | | | | |
| | | 0 3/4" Flex couplin  g_ | | |
| | | 1  1/2" Flex coupling | | |
| | | 15 111   Flex to EMT | | |
| | | 20  3/4" Flex to EMT | | |
| | | 2 211   Flex Connector | | |
| | | 20  1" Flex Connector | | |
| | | 20  3/4" Flex Connector | | |
| | | 10  Single Barrel M/C Connector | | |
| | | 20 Ss Blank | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __8__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **SSI SYSTEMS, INC.** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 15 3/0 Blank | - | 0.00 |
| | | 15 4s Blank | | |
| | | 5  Weatherproof Bell Box | | |
| | | 5  Weatherproof Bell Covers | | |
| | | 4  5s Quad Covers - Steel | | |
| | | 4 5s 2 gang Switch cover - Steel | | |
| | | 5  Ss 1 gang Switch Cover - Steel | | |
| | | 2 5s 1 plug 1 switch cover - Steel | | |
| | | 10  4s 2 gang 2 switch cover - stainless steel | | |
| | | 10  4s Blank-  Stainless Steel | | |
| | | 20 4s single gang switch - stainless steel | | |
| | | 7  3 gang 3 switch-  stainles steel | | |
| | | 15  4s 2 gang 1 plug 1 switch cover - plastic | | |
| | | 5  4s 2 gang quad plug cover - plastic | | |
| | | 15 4s 1 gang single switch cover- plastic | | |
| | | 4  Handy box covers | | |
| | | 100 8 x 1/2" Hex head screws | | |
| | | 300 Ground Screws | | |
| | | 30  Gray Wire nuts | | |
| | | 10 Blue Wire Nuts | | |
| | | 20  Red Wire Nuts | | |
| | | 150 Super Screws | | |
| | | 1  10/32 Kit | | |
| | | 1 8/32 Kit | | |
| | | 1  6132 Kit | | |
| | | 20  1/2" Washers | | |
| | | 25 1/211  Hex Nuts | | |
| | | 15  1/2" Drop In Anchors | | |
| | | 20  3/811  Drop In Anchors | | |
| | | 20  1/4" Rod Couplin g s | | |
| | | 20  Fire pads | | |
| | | 10  Acorns | | |
| | | 1  roll of caution tape | | |
| | | 25  1/2" rod couplings | | |

Sub-Total >                                    0.00
(Total of this page)

Sheet __9__ of __11__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1 Tripods | - | 0.00 |
| | | 1 Sledge hammer | | |
| | | 1 Pipe rack | | |
| | | 2 Material carts | | |
| | | 3 100' cord | | |
| | | 1 Job box | | |
| | | 2 Vacuum | | |
| | | 1 Table | | |
| | | 1 Chain 15'  - | | |
| | | 1 Band saw | | |
| | | 1 Single jack | | |
| | | 1 Hammer drill | | |
| | | 5 100' tape | | |
| | | 1 Wheel barrel | | |
| | | 3 Wobble light | | |
| | | 1 Wire cart | | |
| | | 2 12' ladder | | |
| | | 2 10' ladder | | |
| | | 4 8' ladder | | |
| | | 1 6' ladder | | |
| | | 1 Extension ladders | | |
| | | 1 Hole hawg | | |
| | | 3 Gas can | | |
| | | 2 Chop saws | | |
| | | 1 Pallet jack | | |
| | | 3 1-1/4" bender | | |
| | | 4 3/4" bender | | |
| | | 2 111   bender | | |
| | | 4 Epoxy guns | | |
| | | 2 Shovels | | |
| | | 4 Racks | | |
| | | 2 Propane tank with torch | | |
| | | 3 Picks | | |
| | | 1 Digging bar | | |

Sub-Total >                   0.00
(Total of this page)

Sheet __10__ of __11__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __**SSI SYSTEMS, INC.**_____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1  **Box 2 way radios** | - | **7,000.00** |
| | | 2  **Emergency kits** | | |
| | | 1  **Electric sawzall** | | |
| | | 2  **Hole punches** | | |
| | | 3  **Brooms** | | |
| | | 1  **Large levels** | | |
| | | 1  **Reciprocating  saw** | | |
| | | 1  **Skill saw** | | |
| | | | | |
| | | **PLATES: PASS & SEYMOUR** | | |
| | | **80 SINGLE GANG BLANK METAL PLATE** | | |
| | | **10  SINGLE GANG DUPLEX METAL PLATE** | | |
| | | **20  TWO GANG DECORA STYLE METAL PLATE** | | |
| | | **25 TWO GANG TOGGLE SWITCH METAL PLATE** | | |
| | | **25  TWO GANG DUPLEX METAL PLATE** | | |
| | | **5  THREE GANG TOGGLE SWITCH METAL PLATE** | | |
| | | | | |
| | | **P-RINGS** | | |
| | | **10  SINGLE GANG f4-S) RAISED ]'4"** | | |
| | | **10  SINGLE GANG (4-S) RAISED 5/8"** | | |
| | | **10  SINGLE GANG (4-S) RAISED 1 X"** | | |
| | | **10  SINGLE GANG (5-S) RIASED 5/8"** | | |
| | | **10  SINGLE GANG (5-S) RAISED 1 %"** | | |
| | | **10  TWO GANG (4-S) RAISED %"** | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **7,000.00** |
| (Total of this page) | |
| Total > | **4,120,946.98** |

Sheet __11__ of __11__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6D (Official Form 6D) (12/07)**

In re   **SSI SYSTEMS, INC.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 9/10 | | | | | |
| | | | | | | | | | |
| **South County Bank** | | | | **Security Agreement** | | | | | |
| **2 Venture, Suite 120** | | | - | | | | | | |
| **Irvine, CA 92618** | | | | **Accounts Receivable, inventory, equipment** | | | | | |
| | | | | Value $            **4,113,946.98** | | | | **945,907.19** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

|  | | | Subtotal (Total of this page) | **945,907.19** | **0.00** |
|---|---|---|---|---|---|
| __0__   continuation sheets attached | | | Total (Report on Summary of Schedules) | **945,907.19** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **SSI SYSTEMS, INC.**                                                                Case No. _____
                                                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **SSI SYSTEMS, INC.** _____ ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ABC So Cal Benefit Trust Fund Poly Comp 404 Camino del Rio South #608 San Diego, CA 92108** | - | | | | | | 7,539.14 | 0.00 | 7,539.14 |
| Account No. <br><br> **Electrical Industry Accounts P.O. Box 511385 Los Angeles, CA 90051** | - | | | | | | 11,204.11 | 0.00 | 11,204.11 |
| Account No. <br><br> **National Funds P.O. Box 459 Pasadena, CA 91102-0459** | - | | | | | | 586.14 | 0.00 | 586.14 |
| Account No. <br><br><br><br> | | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | | |

Sheet  **1**  of  **2**   continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 19,329.39 | 19,329.39 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **SSI SYSTEMS, INC.**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | | | |
| IRS Small Business/Self-Employed Div 10 Broad Street Utica, NY 13501 | - | | Taxes due | X | X | X | 61,424.40 | 0.00 | 61,424.40 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
| | | 61,424.40 | 61,424.40 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 80,753.79 | 80,753.79 |

B6F (Official Form 6F) (12/07)

In re    **SSI SYSTEMS, INC.**                                                                ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 2/1/11 | | | | | | |
| A Tech Concepts 124 Candy Lane Encinitas, CA 92024 | - | | | | | | | 17,120.84 |
| Account No. | | 1/10/11 | | | | | | |
| A Tokarse Construction 10811 Newcomb Avenue Whittier, CA 90603 | - | | | | | | | 9,750.00 |
| Account No. | | 4/1/11 | | | | | | |
| ABC - Apprentice Training Fund 1400 North Kellogg Drive, Suite A Anaheim, CA 92807 | - | | | | | | | 3,247.88 |
| Account No. | | 04/2011 | | | | | | |
| ABC - Polycamp Benefit Trust Fund 404 Camino del Rio, Suite 608 San Diego, CA 92108 | - | | | | | | | 7,539.14 |

___19___  continuation sheets attached

Subtotal
(Total of this page)                      37,657.86

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    S/N:39628-110729    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **SSI SYSTEMS, INC.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ABC of Southern California Merit Training Trust Funds c/o HCC Surety Group 601 S. Figueroa St., Ste. 1600 Los Angeles, CA 90017** | - | | 03/2011<br>**Delinquent claim** | | | | 2,106.54 |
| Account No. **xxxxx-xxxxx6398**<br><br>**ADT Security Services PO Box 371956 Pittsburgh, PA 15250** | - | | 06/2011<br>**Security services** | | | | 132.90 |
| Account No.<br><br>**Arrowhead Digital Solutions, Inc. 2239 Business Way Riverside, CA 92501** | - | | 3/15/11 | | | | 8,406.78 |
| Account No. **xxxxxx2887**<br><br>**Arrowhead Water P.O. Box 856158 Louisville, KY 40258-6158** | - | | 04/2011<br>**Vending services** | | | | 141.98 |
| Account No.<br><br>**Associated Ready Mix 4621 Teller Ave. Suite 130 Newport Beach, CA 92660** | - | | 3/31/11 | | | | 3,317.69 |

Sheet no. __1__ of __19__ sheets attached to Schedule of      Subtotal                    14,105.89
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                           ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxxx5337** | | | | | | | | |
| AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | - | | | | | | | 800.49 |
| Account No. **x2092** | | 2011 Legal services | | | | | | |
| Atkinson, Andelson, Loya, Ruud 12800 Center Court Drive #300 Cerritos, CA 90703 | - | | | | | | | 99.00 |
| Account No. | | 1/11/11 | | | | | | |
| Beach Wire & Cable 15881 Chemical Lane Huntington Beach, CA 92649 | - | | | | | | | 1,826.19 |
| Account No. | | 4/11/11 | | | | | | |
| CableMasters 2271 W. 205th Street, Suite 103 Torrance, CA 90501 | - | | | | | | | 67,383.28 |
| Account No. **xxx-5320** | | 2/2011 Collections | | | | | | |
| Cash Flow Management 12333 NW 18TH Street, Suite 3 Pembroke Pines, FL 33026 | - | | | | | | | 264.00 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,372.96

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **SSI SYSTEMS, INC.**                                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **6418** <br><br> **Central Drug System, Inc.** <br> **16560 Harbor Blvd.** <br> **Suite A** <br> **Fountain Valley, CA 92708** | - | | | **06/2011** <br> **Screening services** | | | | 107.00 |
| Account No. <br><br> **Champion Electric** <br> **3950 Garner Road** <br> **Riverside, CA 92501** | - | | | **6/11** <br> **Subcontractor services** | | | | 768,924.13 |
| Account No. <br><br> **City Circuit Breakers** <br> **2712 S. Grand Avenue** <br> **Santa Ana, CA 92705** | - | | | **11/11/10** | | | | 678.75 |
| Account No. <br><br> **City of Anaheim** <br> **P.O. Box 61042** <br> **Anaheim, CA 92803-6142** | - | | | **2/11/11** <br> **Business license** | | | | 127.00 |
| Account No. <br><br> **City of Newport Beach** <br> **P.O. Box 3080** <br> **Newport Beach, CA 92658** | - | | | **4/13/11** <br> **Business license** | | | | 339.00 |

Sheet no. __**3**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **770,175.88**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SSI SYSTEMS, INC.** ,                                    Case No. _____

    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2022**  <br><br>**Clearwire**<br>**Clear Dept. CH 14365**<br>**Palatine, IL 60055-4365** | - | | **WiFi internet service** | | | | **45.00** |
| Account No. **xxxS100**  <br><br>**Collicutt Energy Services, Inc.**<br>**940 Riverside Parkway #80**<br>**West Sacramento, CA 95605** | - | | **Enegry service and rental provider** | | | | **65,961.52** |
| Account No.  <br><br>**Corona-Norco Unified School District**<br>**2820 Clark Avenue**<br>**Norco, CA 92860** | - | | **06/2011**<br>**Claim for damages** | X | X | X | **Unknown** |
| Account No.  <br><br>**Coverall of Orange County**<br>**P.O. Box 802825**<br>**Chicago, IL 60680-2825** | - | | **4/1/11** | | | | **264.00** |
| Account No. **xxxxxxx xxxxx # xxx0094**  <br><br>**DMV Renewal**<br>**P.O. Box 942894**<br>**Sacramento, CA 94294-0894** | - | | **DMV license plate renewal** | | | | **253.00** |

Sheet no. __4__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **66,523.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Electrical Industry Accounts** P.O. Box 511385 Los Angeles, CA 90051 | - | | | | | | 11,204.11 |
| Account No. **xx3485** | | | 4/11/11 | | | | |
| **Essco - Dr. Augustine Ramirez Intermediate** 175 E. Corporate Place Chandler, AZ 85225-1002 | - | | | | | | 691,476.58 |
| Account No. **xx3025** | | | 3/25/11 | | | | |
| **Essco - PA-40 Middle School** 175 E. Corporate Place Chandler, AZ 85225-1002 | - | | | | | | 74,033.99 |
| Account No. **xx3305** | | | 3/25/11 | | | | |
| **Essco - Rio Hondo** 175 E. Corporate Place Chandler, AZ 85225-1002 | - | | | | | | 2,118.32 |
| Account No. **xxxxx4530** | | | 2011 Delivery services | | | | |
| **FedEx Freight** Dept. LA P.O. Box 21415 Pasadena, CA 91185 | - | | | | | | 21.00 |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

778,854.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                    ,       Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 03/2011 Complaint | | | | |
| First National Insurance Company of America c/o Salamirad Morrow, P.C. 19200 Von Karman Ave. #400 Irvine, CA 92612 | - | | | | | | 28,983.51 |
| Account No. | | | 3/22/11 | | | | |
| Gexpro - Rio Hondo Admin of Justice 2099 S. State College Blvd. Suite 210 Anaheim, CA 92806 | - | | | | | | 160,571.41 |
| Account No. | | | | | | | |
| Glendon Company 23677 Foley Street Hayward, CA 94545 | - | | | | | | 76.13 |
| Account No. | | | | | | | |
| Global Collection Systems 5201 Congress Avenue Suite 275 Boca Raton, FL 33487 | - | | | | | | 264.00 |
| Account No. | | | 4/1/11 | | | | |
| Goldenwest Investments P.O. Box 14403 Palm Desert, CA 92255 | - | | | | | | 8,864.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **198,759.05**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SSI SYSTEMS, INC.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/26/11 | | | | |
| Haulaway Storage Containers, Inc. P.O. Box 186 Stanton, CA 90680-0186 | - | | | | | | | |
| | | | | | | | | 1,731.34 |
| Account No. | | | | 4/1/11 All contracts | | | | |
| HCC Surety Group c/o ABC Polycamp Benefit Trust Fund 601 S. Figueroa Street, Ste. 1600 Los Angeles, CA 90017 | - | | | | | | | |
| | | | | | | | | 7,478.22 |
| Account No.  **xx xxx27-04** | | | | 6/2011 Wilburne Idemnity claim | | | | |
| HCC Surety Group 601 S. Figueroa Street, Suite 1600 Los Angeles, CA 90017 | - | | | | | | | |
| | | | | | | | | 13,313.00 |
| Account No. | | | | Rio Honda - Admin of Justice | | | | |
| HCC Surety Group 601 S. Figueroa Street, Suite 1600 c/o Southern California IBEW-NECA Los Angeles, CA 90017 | - | | | | | | | |
| | | | | | | | | 6,479.85 |
| Account No.  **xxxx4564** | | | | 2/11/11 | | | | |
| Hilti, Inc. P.O. Box 382002 Pittsburgh, PA 15250-8002 | - | | | | | | | |
| | | | | | | | | 439.44 |

Sheet no.  __7___  of  __19__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,441.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **SSI SYSTEMS, INC.** _____ ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx-xxxx-xxx315-0**<br><br>**Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | - | | | | **3/28/11** | | | | **24,068.15** |
| Account No.<br><br>**Icon-West, Inc.**<br>**520 S. LaFayette Place, Suite 503**<br>**Los Angeles, CA 90057** | - | | | | **09/2010**<br>**General contracting services** | | | | **33,043.00** |
| Account No.<br><br>**Industrial High Voltage**<br>**P.O. Box 1188**<br>**Torrance, CA 90505** | - | | | | **Industrial electrical services** | | | | **4,780.00** |
| Account No.<br><br>**Irvine Unified School District**<br>**100 Nighmist**<br>**Irvine, CA 92618** | - | | | | **06/2011**<br>**Claim for damages** | X | X | X | **Unknown** |
| Account No.<br><br>**J.D. Diffenbaugh Inc.**<br>**6865 Airport Drive**<br>**Riverside, CA 92504** | - | | | | **06/2011**<br>**Claim for damages** | X | X | X | **Unknown** |

Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **61,891.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **SSI SYSTEMS, INC.**                                                                ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jensen Precast 825 Steneri Way Sparks, NV 89431** | - | | 1/13/11 | | | | 4,010.00 |
| Account No. **xxxxxx008.1** <br><br> **Liberty Mutual P.O. Box 34670 Seattle, WA 98124** | - | | 6/2011 **Indemnity claim CableMasters** | | | | 67,383.28 |
| Account No. **xxxxxx008.2** <br><br> **Liberty Mutual P.O. Box 34670 Seattle, WA 98124** | - | | 06/2011 **Indemnity claim Gexpro** | | | | 160,571.41 |
| Account No. **xxxxx0791** <br><br> **Liberty Mutual P.O. Box 34670 Seattle, WA 98124-1670** | - | | **Dr. Augustine Ramirez Intermidiate** | | | | 13,425.00 |
| Account No. **4509** <br><br> **Main Electric Supply Co. 2691 Richter Avenue, Suite 119 Irvine, CA 92606** | - | | 4/6/11 **Supplier of electrical material** | | | | 608,153.39 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   853,543.08

B6F (Official Form 6F) (12/07) - Cont.

In re   **SSI SYSTEMS, INC.** _____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2224** | | - | | Subcontractor electrical labor | | | | |
| MB Herzog Electric, Inc. 15709 Illinois Avenue Paramount, CA 90723 | | | | | | | | 97,233.27 |
| Account No. | | - | | 8/8/2010 Loan to SSI Systems, Inc. | | | | |
| Mirko Bob Florin 14841 Jefferson Street Midway City, CA 92655 | | | | | | | | 200,000.00 |
| Account No. | | - | | 4/14/11 | | | | |
| Mobile Mini, LLC P.O. Box 79149 Phoenix, AZ 85062-9149 | | | | | | | | 3,446.98 |
| Account No. | | - | | | | | | |
| National Funds P.O. Box 459 Pasadena, CA 91102-0459 | | | | | | | | 586.14 |
| Account No. | | - | | 06/2011 Services | | | | |
| NEFF Construction, Inc. 1701 S. Bon View Avenue Suite 104 Ontario, CA 91761 | | | | | | | | Unknown |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     301,266.39

B6F (Official Form 6F) (12/07) - Cont.

In re __**SSI SYSTEMS, INC.**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3720** <br><br> **NIF Insurance Services California** <br> **P.O. Box 13456** <br> **Sacramento, CA 95813-3456** | - | | | | | | 650.77 |
| Account No. **2751** <br><br> **PDQ Rentals** <br> **10826 Shoemaker** <br> **Santa Fe Springs, CA 90670** | - | | **4/4/11** <br> **Equipment and tool rental** <br> **Dr. Augustine Ramirez Intermediate** <br> **PA-40 Intermediate school** | | | | 61,810.60 |
| Account No. <br><br> **Peter Robert Florin** <br> **12601 Fletcher Drive** <br> **Garden Grove, CA 92840** | - | | Loan | | | | 57,000.00 |
| Account No. <br><br> **Pinnacle Infotech, Inc.** <br> **9950Westpark Drive, Suite 205** <br> **Houston, TX 77063** | - | | 01/2011 | | | | 8,890.00 |
| Account No. <br><br> **Precision Engineering Surveyors** <br> **7231 Boulder Avenue** <br> **Suite 531** <br> **Highland, CA 92346** | - | | 12/28/10 | | | | 2,720.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,071.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                              ,     Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 2/7/11 | | | | | |
| **Prime Cuts Concrete Sawing & Coring** **17970 Lakeshore Drive, Suite A-B** **Lake Elsinore, CA 92530** | - | | | | | | | 1,625.00 |
| Account No. | | | Subcontractor low voltage systems | | | | | |
| **Pyro-Comm Systems, Inc.** **15531 Container Lane** **Huntington Beach, CA 92649** | - | | | | | | | 36,405.00 |
| Account No. **xxxx3609** | | | 3/24/11 | | | | | |
| **Quill Corporation** **P.O. Box 37600** **Philadelphia, PA 19101-0600** | - | | | | | | | 312.56 |
| Account No. | | | Loan | | | | | |
| **Randal Alan Walker** **979 Post Road** **Costa Mesa, CA 92626** | - | | | | | | | 128,000.00 |
| Account No. | | | | | | | | |
| **Reed Construction Data** **P.O. Box 2241** **Carol Stream, IL 60132-2241** | - | | | | | | | 3,425.62 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            169,768.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **SSI SYSTEMS, INC.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Rio Hondo Community College District 3600 Workman Mill Road Whittier, CA 90601** | - | | 06/2011 <br>**Claim for damages** | X | X | X | **Unknown** |
| Account No. <br><br>**RM Systems, Inc. 330 E. Orangethrope Avenue Suite F Placentia, CA 92870** | - | | 3/9/11 <br>**Claim for damages** | | | | **108,004.43** |
| Account No. **x7250** <br><br>**Robertson's Ready Mix P.O. Box 3600 Corona, CA 92872-3600** | - | | 2/15/11 | | | | **1,758.73** |
| Account No. <br><br>**RS Bonding & Insurance Agency, Inc. 1633 E. 4th Street, Suite 228 Santa Ana, CA 92701** | - | | 05/11 <br>**Bond premium due** | X | X | X | **623.00** |
| Account No. <br><br>**Safeco Insurance c/o Salamirad Morrow, P.C. 19200 Von Karman Ave. #400 Irvine, CA 92612** | - | | 03/2011 <br>**Demand for indemnity** | | | | **28,983.51** |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page)                                           **139,369.67**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0307** | | | | **2011** **Advertisement** | | | | |
| **ServiceMagic, Inc.** **14023 Denver West Parkway** **Building 64, Suite 200** **Golden, CO 80401** | - | | | | | | | 65.00 |
| Account No. | | | | **06/2011** **Claim for damages** | | | | |
| **SMC Construction Co.** **12 Mauchly** **Unit D** **Irvine, CA 92618** | - | | | | X | X | X | **Unknown** |
| Account No. **xxxxxx5007** | | | | | | | | |
| **South County Bank** **2 Venture, Suite 120** **Irvine, CA 92618** | - | | | | | | | 209,629.76 |
| Account No. **xxxxxx5005** | | | | | | | | |
| **South County Bank** **2 Venture, Suite 120** **Irvine, CA 92618** | - | | | | | | | 736,277.43 |
| Account No. **x-xx-xxx-1701** | | | | **4/16/11** | | | | |
| **Southern California Edison** **P.O. Box 300** **Rosemead, CA 91772-0001** | - | | | | | | | 143.06 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**946,115.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SSI SYSTEMS, INC.**                                                  ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 07/2011 Payroll software | | | | |
| Sunburst Software Solutions 2378 Dane Hill Road West Charleston, VT 05872 | - | | | | | | | 75.00 |
| Account No. | | | | | | | | |
| Superior Grounding Systems, Inc. P.O. Box 2171 Irwindale, CA 91706-2032 | - | | | | | | | 7,287.27 |
| Account No. | | | | 4/21/11 | | | | |
| Team West Contracting 1151 Pomona Road, Suite J Corona, CA 92882 | - | | | | | | | 17,312.50 |
| Account No. | | | | | | | | |
| Temp Power Systems 625 Fee Ana Street Placentia, CA 92870 | - | | | | | | | 205.00 |
| Account No. | | | | | | | | |
| Truck Insurance Exchange P.O. Box 9075 Van Nuys, CA 91409-9075 | - | | | | | | | 341.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **25,220.77**

B6F (Official Form 6F) (12/07) - Cont.

In re  **SSI SYSTEMS, INC.**                                        ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **U.S. Postmaster** **13761 Goldenwest Street** **Westminster, CA 92683** | | | | | | | 31.00 |
| Account No. **xx3681** | | - | **7/20/11** **Equipment rental services** | | | | |
| **United Rentals Northwest, Inc.** **Credit Office #586** **File 51122** **Los Angeles, CA 90074** | | | | | | | 12,497.62 |
| Account No. **xx5850** | | - | | | | | |
| **Verizon California** **P.O. Box 9688** **Mission Hills, CA 91346** | | | | | | | 200.00 |
| Account No. **xxxxxx-xx HBHS** | | - | | | | | |
| **Walters 54-13 (HBHSR)** **2825 Temple Avenue** **Signal Hill, CA 90755** | | | | | | | 5,738.66 |
| Account No. **xxxxxx-xx PA-40** | | - | | | | | |
| **Walters 54-14 (PA-40)** **2825 Temple Avenue** **Signal Hill, CA 90755** | | | | | | | 41,117.79 |

Sheet no. __16__ of __19__ sheets attached to Schedule of          Subtotal          59,585.07
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx-xx xngie**<br><br>Walters 54-15 (Augie)<br>2825 Temple Avenue<br>Signal Hill, CA 90755 | | - | | | | | | 7,531.68 |
| Account No. **xxxxxx-xx xwens**<br><br>Walters 54-16 (Owens GG)<br>2825 Temple Avenue<br>Signal Hill, CA 90755 | | - | | | | | | 2,923.69 |
| Account No. **xxxx54-00**<br><br>Walters Wholesale Electric<br>2825 Temple Avenue<br>Signal Hill, CA 90755 | | - | | | | | | 5,123.32 |
| Account No.<br><br>Walters Wholesale Electric<br>2825 Temple Avenue<br>Signal Hill, CA 90755 | | - | | | | | | 161.11 |
| Account No. **xxxx-xxxx-xxxx-1249**<br><br>Wells Fargo<br>P.O. Box 54349<br>Los Angeles, CA 90054-0349 | | - | Lonnie<br>Credit card | | | | 1,008.01 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,747.81**

B6F (Official Form 6F) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                              ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5959**<br><br>**Wells Fargo**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054-0349** | - | | | 03/11<br>Peter<br>Credit card | | | | 4,095.45 |
| Account No. **xxxx-xxxx-xxxx-2956**<br><br>**Wells Fargo**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054-0349** | - | | | Philip<br>Credit card | | | | 630.96 |
| Account No. **xxxx-xxxx-xxxx-2618**<br><br>**Wells Fargo**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054-0349** | - | | | 3/29/11<br>Randy<br>Credit card | | | | 92,770.71 |
| Account No. **xxxx-xxxx-xxxx-3169**<br><br>**Wells Fargo**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054-0349** | - | | | 4/28/11<br>Visa | | | | 12,855.76 |
| Account No. **xxxxx8685**<br><br>**Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228** | - | | | Banking services | | | | 70,646.39 |

Sheet no. __18__ of __19__ sheets attached to Schedule of                Subtotal                          180,999.27
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **SSI SYSTEMS, INC.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8545**<br><br>**Wells Fargo**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | - | | | | | | 10.00 |
| Account No.<br><br>**West Coast Sand & Gravel, Inc.**<br>**P.O. Box 5067**<br>**Buena Park, CA 90622-5067** | - | | 4/12/11 | | | | 1,287.17 |
| Account No. **xxxx3000**<br><br>**White Cap Construction Supply**<br>**2975 Redhill Avenue**<br>**Suite 100**<br>**Costa Mesa, CA 92626** | - | | 3/23/11<br>**Supplies** | | | | 6,792.64 |
| Account No.<br><br>**Wilburne Backhoe Services**<br>**5942 Edinger Avenue, Suite 113**<br>**PMB #105**<br>**Huntington Beach, CA 92649** | - | | 1/28/11<br>**Dr. Augustine Ramirez Intermediate** | | | | 13,312.50 |
| Account No.<br><br>**Yamada Enterprises**<br>**16552 Burke Lane**<br>**Huntington Beach, CA 92647** | - | | 11/5/2010 | | | | 2,211.75 |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 23,614.06 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 4,875,083.08 |

B6G (Official Form 6G) (12/07)

In re   **SSI SYSTEMS, INC.** _____,   Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Corona-Norco Unified School Dist**<br>**2820 Clark Avenue**<br>**Norco, CA 92860** | **Executory contract to complete electrical work at Augustine Ramirez Intermediate School** |
| **D & H Investments**<br>**Commerce Center**<br>**P.O. Box 25991**<br>**Los Angeles, CA 90025** | **Lease obligation** |
| **Irvine Unified School District**<br>**100 Nightmist**<br>**Irvine, CA 92618** | **Executory contract** |
| **J.D. Diffenbaugh, Inc.**<br>**6865 Airport Drive**<br>**Riverside, CA 92504** | **Executory contract for electrical work at Rio Hondo Community College District** |
| **SMC Construction**<br>**12 Manchly, Unit D**<br>**Irvine, CA 92618** | **Executory contract** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **SSI SYSTEMS, INC.**                                                    ,   Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Peter & Kristi Florin**<br>**11612 Knott Street #1**<br>**Garden Grove, CA 92841-1822** | **South County Bank**<br>**2 Venture, Suite 120**<br>**Irvine, CA 92618** |
| **Randy & Janice Walker**<br>**11612 Knott Street #1**<br>**Garden Grove, CA 92841-1822** | **South County Bank**<br>**2 Venture, Suite 120**<br>**Irvine, CA 92618** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

9/01/11  4:45PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **SSI SYSTEMS, INC.** _____    Case No. _____

_____
Debtor(s)

Chapter   **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **41**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September  1, 2011** _____

Signature   **/s/ Randy Walker** _____

**Randy Walker**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re    **SSI SYSTEMS, INC.**                                         Case No.

_____          Chapter    **11**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,239,747.00 | 2011 YTD: Debtor Business Income |
| $2,519,431.00 | 2010: Debtor Business Income |
| $3,706,223.00 | 2009: Debtor Business Income |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

None ■    **Complete a. or b., as appropriate, and c.**

    a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■        b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■        c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **South County Bank, N.A. v. SSI Systems, Inc., et. al., Case No. 30-2011-00441392** | **Complaint for Money** | **Orange County Superior Court** | **Pending** |
| **First National Insurance Company of America v. SSI Systems, Inc. Case No.: 00485083** | **Civil** | **Orange County Superior Court Central Justice Center 700 Civic Center Drive West, Santa Ana, CA 92701** | **Pending** |
| **RM Systems Inc. v. SSI Systems, Inc., et. al., Case No. 30-2011 00485322** | **Complaint for Damages** | **Orange County Superior Court** | **Pending** |
| **Associated Ready Mixed Concrete, Inc v. SSI Systems Inc, et al Case No. 30-2011-00482863** | **Complaint for money** | **Orange County Superior Court Harbor Justice Center 23141 Moulton Parkway 2nd Floor Laguna Hills, CA 92653** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

**None**
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

**None**
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

**None**
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Robert M. Aronson** <br> **444 S. Flower Street** <br> **Suite 1700** <br> **Los Angeles, CA 90071** | **5/11** | **$31,500 plus filing fee.** |
| **Law Offices of Steven P. Chang** <br> **801 S. Garfield Avenue** <br> **Suite 338** <br> **Alhambra, CA 91801** | **5/11** | |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank** <br> **6952 Bolsa Ave** <br> **Huntington Beach, CA 92647** | **Business checking xxx-xxx8685 -$70,646.39** <br> **Payroll checking xxx-xxx8545 -$10.00** | **Bank closed account 7/11 -$70,656.39** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

### 13. Setoffs

**None**
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

**None**
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

**None**
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **14726 Goldenwest Street, Westminster, CA 92683** | **Same** | **5/01 to 5/11** |

### 16. Spouses and Former Spouses

**None**
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None**
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **SSI Systems, Inc.** | 95-4579429 | **11612 Knott Street Suite 1 Garden Grove, CA 92841** | **Electrical subcontracting** | **5/96 to present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mitchel, Smith & Associates 250 El Camino Real, Suite 200 Tustin, CA 92780** | **Current** |
| **John R. Thayer, CPA 2630 Raven Circle P.O. Box 908 Corona, CA 92878-0908** | |
| **Chapman Avenue Company, Inc. Richard Deen 2942 E. Chapman Avenue, Suite G Orange, CA 92869** | **3/07-11/09** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Associated Builders and Contractors** | | **Payroll and labor audits over past 2 years** |
| **Workers compensation/General Liability** | | **Carriers would perform periodic audits in past 2 years for insurance** |
| **Liberty Mutual** | **Per Schedule F** | **Audit within past 2 years** |
| **RJT Construction Consulting** | | **Audit within past 2 years** |
| **The Sutor Group** | | **Audit within past 2 years** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **South County Bank** | **2 Venture, Suite 120**<br>**Irvine, CA 92618** |
| **RS Bonding & Insurance Agency, Inc.** | **1633 E. 4th Street, Suite 228**<br>**Santa Ana, CA 92701** |
| **John R Thayer, CPA** | **2630 Raven Circle**<br>**PO Box908**<br>**Corona, CA 92878-0908** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **5/2011** | **Randy Walker** | **$34,300** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **5/2011** | **Debtor**<br>**11612 Knott Street**<br>**Suite 1**<br>**Garden Grove, CA** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Randal Alan Walker**<br>**979 Post Road**<br>**Costa Mesa, CA 92626** | **President/CEO/CFO** | **50% stock ownership** |
| **Peter Robert Florin**<br>**12601 Fletcher Drive**<br>**Garden Grove, CA 92840** | **Secretary** | **50% stock ownership** |

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **September 1, 2011**          Signature     **/s/ Randy Walker**
                                                     **Randy Walker**
                                                     **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **SSI SYSTEMS, INC.** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 33,580.00 |
| Prior to the filing of this statement I have received | $ 33,580.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

9/01/11  4:45PM

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**          **1998 USBC, Central District of California**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September  1, 2011** | **/s/ Robert M. Aronson** |
| *Date* | **Robert M. Aronson 81487** |
| | *Signature of Attorney* |
| | **Law Office of Robert M. Aronson** |
| | *Name of Law Firm* |
| | **444 S. Flower Street** |
| | **Suite 1700** |
| | **Los Angeles, CA 90071** |
| | **(213) 688-8945  Fax: (213) 688-8948** |

---

Verification of Creditor Mailing List - (Rev. 10/05)                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Robert M. Aronson 81487**

Address     **444 S. Flower Street Suite 1700 Los Angeles, CA 90071**

Telephone   **(213) 688-8945 Fax: (213) 688-8948**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**SSI SYSTEMS, INC.** | Case No.: |
| | Chapter:        **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __16__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **September 1, 2011**                    **/s/ Randy Walker**
                                                **Randy Walker**/President
                                                Signer/Title

Date:   **September 1, 2011**                    **/s/ Robert M. Aronson**
                                                Signature of Attorney
                                                **Robert M. Aronson 81487**
                                                **Law Office of Robert M. Aronson**
                                                **444 S. Flower Street**
                                                **Suite 1700**
                                                **Los Angeles, CA 90071**
                                                **(213) 688-8945  Fax: (213) 688-8948**

SSI SYSTEMS, INC.
P.O. Box 393
Westminster, CA 92684


Robert M. Aronson
Law Office of Robert M. Aronson
444 S. Flower Street
Suite 1700
Los Angeles, CA 90071


A Tech Concepts
124 Candy Lane
Encinitas, CA 92024


A Tokarse Construction
10811 Newcomb Avenue
Whittier, CA 90603


ABC - Apprentice Training Fund
1400 North Kellogg Drive, Suite A
Anaheim, CA 92807


ABC - Polycamp Benefit Trust Fund
404 Camino del Rio, Suite 608
San Diego, CA 92108


ABC of Southern California Merit
Training Trust Funds
c/o HCC Surety Group
601 S. Figueroa St., Ste. 1600
Los Angeles, CA 90017


ABC So Cal Benefit Trust Fund
Poly Comp
404 Camino del Rio South #608
San Diego, CA 92108

ADT Security Services
PO Box 371956
Pittsburgh, PA 15250


Arrowhead Digital Solutions, Inc.
2239 Business Way
Riverside, CA 92501


Arrowhead Water
P.O. Box 856158
Louisville, KY 40258-6158


Associated Ready Mix
4621 Teller Ave.
Suite 130
Newport Beach, CA 92660


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Atkinson, Andelson, Loya, Ruud
12800 Center Court Drive #300
Cerritos, CA 90703


Beach Wire & Cable
15881 Chemical Lane
Huntington Beach, CA 92649


CableMasters
2271 W. 205th Street, Suite 103
Torrance, CA 90501

Cash Flow Group
3389 Sheridan St.#135
Hollywood, FL 33021

Cash Flow Management
12333 NW 18TH Street, Suite 3
Pembroke Pines, FL 33026

Central Drug System, Inc.
16560 Harbor Blvd.
Suite A
Fountain Valley, CA 92708

Champion Electric
3950 Garner Road
Riverside, CA 92501

City Circuit Breakers
2712 S. Grand Avenue
Santa Ana, CA 92705

City of Anaheim
P.O. Box 61042
Anaheim, CA 92803-6142

City of Newport Beach
P.O. Box 3080
Newport Beach, CA 92658

Clearwire
Clear Dept. CH 14365
Palatine, IL 60055-4365

Collicutt Energy Services, Inc.
940 Riverside Parkway #80
West Sacramento, CA 95605


Corona-Norco Unified School
District
2820 Clark Avenue
Norco, CA 92860


Corona-Norco Unified School Dist
2820 Clark Avenue
Norco, CA 92860


Coverall of Orange County
P.O. Box 802825
Chicago, IL 60680-2825


D & H Investments
Commerce Center
P.O. Box 25991
Los Angeles, CA 90025


Devirian & Shinmoto
11400 W. Olympic Blvd.
Suite 200
Los Angeles, CA 90064


DMV Renewal
P.O. Box 942894
Sacramento, CA 94294-0894


Electrical Industry Accounts
P.O. Box 511385
Los Angeles, CA 90051

Essco - Dr. Augustine Ramirez
Intermediate
175 E. Corporate Place
Chandler, AZ 85225-1002


Essco - PA-40 Middle School
175 E. Corporate Place
Chandler, AZ 85225-1002


Essco - Rio Hondo
175 E. Corporate Place
Chandler, AZ 85225-1002


FedEx Freight
Dept. LA
P.O. Box 21415
Pasadena, CA 91185


First National Insurance Co.
c/o Salamirad Morrow
19200 Von Karman Avenue
Suite 400
Irvine, CA 92612


First National Insurance Company
of America
c/o Salamirad Morrow, P.C.
19200 Von Karman Ave. #400
Irvine, CA 92612


Gexpro - Rio Hondo Admin of Justice
2099 S. State College Blvd.
Suite 210
Anaheim, CA 92806


Glendon Company
23677 Foley Street
Hayward, CA 94545

Global Collection Systems
5201 Congress Avenue
Suite 275
Boca Raton, FL 33487


Global Collection Systems
5201 Congress Avenue
Suite 275
Boca Raton, FL 33487


Global Collection Systems
5201 Congress Ave
Suite 275
Boca Raton, FL 33487


Goldenwest Investments
P.O. Box 14403
Palm Desert, CA 92255


Haulaway Storage Containers, Inc.
P.O. Box 186
Stanton, CA 90680-0186


HCC Surety Group
c/o ABC Polycamp Benefit Trust Fund
601 S. Figueroa Street, Ste. 1600
Los Angeles, CA 90017


HCC Surety Group
601 S. Figueroa Street, Suite 1600
Los Angeles, CA 90017


HCC Surety Group
601 S. Figueroa Street, Suite 1600
c/o Southern California IBEW-NECA
Los Angeles, CA 90017

Hilti, Inc.
P.O. Box 382002
Pittsburgh, PA 15250-8002


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029


Icon-West, Inc.
520 S. LaFayette Place, Suite 503
Los Angeles, CA 90057


Industrial High Voltage
P.O. Box 1188
Torrance, CA 90505


IRS
Small Business/Self-Employed Div
10 Broad Street
Utica, NY 13501


IRS
130 S. Elmwood Ave.
Buffalo, NY 14202-2464


Irvine Unified School District
100 Nighmist
Irvine, CA 92618


Irvine Unified School District
100 Nightmist
Irvine, CA 92618

J.D. Diffenbaugh Inc.
6865 Airport Drive
Riverside, CA 92504


J.D. Diffenbaugh, Inc.
6865 Airport Drive
Riverside, CA 92504


Jensen Precast
825 Steneri Way
Sparks, NV 89431


Law Offices of Abdulaziz, Grossbart
& Rudman
P.O. Box 15458
North Hollywood, CA 91615


Liberty Mutual
P.O. Box 34670
Seattle, WA 98124


Liberty Mutual
P.O. Box 34670
Seattle, WA 98124


Liberty Mutual
P.O. Box 34670
Seattle, WA 98124-1670


Main Electric Supply Co.
2691 Richter Avenue, Suite 119
Irvine, CA 92606

MB Herzog Electric, Inc.
15709 Illinois Avenue
Paramount, CA 90723


Mirko Bob Florin
14841 Jefferson Street
Midway City, CA 92655


Mobile Mini, LLC
P.O. Box 79149
Phoenix, AZ 85062-9149


National Funds
P.O. Box 459
Pasadena, CA 91102-0459


National Funds
P.O. Box 459
Pasadena, CA 91102-0459


NEFF Construction, Inc.
1701 S. Bon View Avenue
Suite 104
Ontario, CA 91761


NIF Insurance Services California
P.O. Box 13456
Sacramento, CA 95813-3456


PDQ Rentals
10826 Shoemaker
Santa Fe Springs, CA 90670

Peter & Kristi Florin
11612 Knott Street #1
Garden Grove, CA 92841-1822


Peter Robert Florin
12601 Fletcher Drive
Garden Grove, CA 92840


Pinnacle Infotech, Inc.
9950Westpark Drive, Suite 205
Houston, TX 77063


Precision Engineering Surveyors
7231 Boulder Avenue
Suite 531
Highland, CA 92346


Prime Cuts Concrete Sawing & Coring
17970 Lakeshore Drive, Suite A-B
Lake Elsinore, CA 92530


Pyro-Comm Systems, Inc.
15531 Container Lane
Huntington Beach, CA 92649


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Randal Alan Walker
979 Post Road
Costa Mesa, CA 92626

Randy & Janice Walker
11612 Knott Street #1
Garden Grove, CA 92841-1822


Reed Construction Data
P.O. Box 2241
Carol Stream, IL 60132-2241


Rio Hondo Community
College District
3600 Workman Mill Road
Whittier, CA 90601


RM Systems, Inc.
330 E. Orangethrope Avenue
Suite F
Placentia, CA 92870


RM Systems, Inc.
P.O. Box 4013
Orange, CA 92863


Robertson's Ready Mix
P.O. Box 3600
Corona, CA 92872-3600


RS Bonding & Insurance Agency, Inc.
1633 E. 4th Street, Suite 228
Santa Ana, CA 92701


Safeco Insurance
c/o Salamirad Morrow, P.C.
19200 Von Karman Ave. #400
Irvine, CA 92612

Salamirad Morrow
19200 Von Karman Avenue
Suite 400
Irvine, CA 92612


ServiceMagic, Inc.
14023 Denver West Parkway
Building 64, Suite 200
Golden, CO 80401


SMC Construction
12 Manchly, Unit D
Irvine, CA 92618


SMC Construction Co.
12 Mauchly
Unit D
Irvine, CA 92618


South County Bank
2 Venture, Suite 120
Irvine, CA 92618


South County Bank
2 Venture, Suite 120
Irvine, CA 92618


South County Bank
2 Venture, Suite 120
Irvine, CA 92618


Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Sunburst Software Solutions
2378 Dane Hill Road
West Charleston, VT 05872


Superior Grounding Systems, Inc.
P.O. Box 2171
Irwindale, CA 91706-2032


Team West Contracting
1151 Pomona Road, Suite J
Corona, CA 92882


Temp Power Systems
625 Fee Ana Street
Placentia, CA 92870


Truck Insurance Exchange
P.O. Box 9075
Van Nuys, CA 91409-9075


U.S. Postmaster
13761 Goldenwest Street
Westminster, CA 92683


United Rentals Northwest, Inc.
Credit Office #586
File 51122
Los Angeles, CA 90074


Verizon California
P.O. Box 9688
Mission Hills, CA 91346

```
Walters 54-13 (HBHSR)
2825 Temple Avenue
Signal Hill, CA 90755


Walters 54-14 (PA-40)
2825 Temple Avenue
Signal Hill, CA 90755


Walters 54-15 (Augie)
2825 Temple Avenue
Signal Hill, CA 90755


Walters 54-16 (Owens GG)
2825 Temple Avenue
Signal Hill, CA 90755


Walters Wholesale Electric
2825 Temple Avenue
Signal Hill, CA 90755


Walters Wholesale Electric
2825 Temple Avenue
Signal Hill, CA 90755


Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054-0349


Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054-0349
```

Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054-0349


Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054-0349


Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054-0349


Wells Fargo
P.O. Box 6995
Portland, OR 97228


Wells Fargo
P.O. Box 6995
Portland, OR 97228-6995


West Coast Sand & Gravel, Inc.
P.O. Box 5067
Buena Park, CA 90622-5067


White Cap Construction Supply
2975 Redhill Avenue
Suite 100
Costa Mesa, CA 92626


Wilburne Backhoe Services
5942 Edinger Avenue, Suite 113
PMB #105
Huntington Beach, CA 92649

Yamada Enterprises
16552 Burke Lane
Huntington Beach, CA 92647

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Robert M. Aronson**<br>**444 S. Flower Street**<br>**Suite 1700**<br>**Los Angeles, CA 90071**<br>**(213) 688-8945 Fax: (213) 688-8948**<br>California State Bar Number: **81487**<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>　　　**SSI SYSTEMS, INC.**<br><br><br><br><br><br>　　　　　　　　　　　　　　　　　Debtor(s),<br>　　　　　　　　　　　　　　　　　Plaintiff(s),<br>　　　　　　　　　　　　　　　　Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:　　**11** |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,　　**Robert M. Aronson 81487**　　　　　　　　　　, the undersigned in the above-captioned case, hereby declare
　　　　*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　　I have personal knowledge of the matters set forth in this Statement because:

　　　　☐ I am the president or other officer or an authorized agent of the debtor corporation

　　　　☐ I am a party to an adversary proceeding

　　　　☐ I am a party to a contested matter

　　　　☑ I am the attorney for the debtor corporation

2.a.　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of
　　　　the corporation's(s') equity interests:

　　　　*[For additional names, attach an addendum to this form.]*

b.　　☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**/s/ Robert M. Aronson**　　　　　　　　　　　　**September  1, 2011**
Signature of Attorney or Declarant　　　　　　　　Date

**Robert M. Aronson 81487**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 1007-4**